Date of Arrest: **10/18**

# United States District Court
### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Marco Antonio ESPIRICUETA-Jimenez<br>AKA: None Known<br>201185262<br>YOB: 1988<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. **24-02541MJ**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Removal |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about October 18, 2024, Defendant Marco Antonio ESPIRICUETA-Jimenez, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Ysidro, California on or about September 10, 2024. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_/s/ Antono Martin_
Signature of Complainant

Antonio Martin
Border Patrol Agent

Sworn to before me and subscribed telephonically,

October 21, 2024    at    Yuma, Arizona
Date                          City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

        Vs.

Marco Antonio ESPIRICUETA-Jimenez
AKA: None Known
201185262

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 18, 2024, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Tulsa, Oklahoma on or about June 01, 2011. The Defendant has been removed on (4) previous occasions. The Defendant was most recently removed on or about September 10, 2024, through the port of San Ysidro, California.

Border Patrol Agents determined that on or about October 18, 2024, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Hector Sanchez, Robert Cummings, and Jamie Fuentes.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA Davion Sherman.

*Antono Martin*
Signature of Complainant

Sworn to before me and subscribed telephonically,

    October 21, 2024
Date

Signature of Judicial Officer

## Probable Cause Statement

*I, Border Patrol Agent Antonio Martin, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | **Marco Antonio ESPIRICUETA-Jimenez** |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on four (5) previous occasions. The Defendant has been removed a total of one (4) times. |

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/22/2007 | Altus, Oklahoma | DUI | Misdemeanor Conviction |

Narrative:  The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about October 18, 2024, near San Luis, Arizona. Questioning of the Defendant by Border Patrol Agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, Border Patrol Agents determined the Defendant was first ordered removed at or near Tulsa, Oklahoma on or about June 01, 2011. The Defendant has been removed on (4) previous occasions. The Defendant was most recently removed on or about September 10, 2024, through the port of San Ysidro, California.

Border Patrol Agents determined that on or about October 18, 2024, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

**Executed on: October 19, 2024**          Time: 10:44 AM MST

Signed: **Antonio Martin, Border Patrol Agent**          *Antono Martin*